**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   Metropolitan Transit Authority v. Beverly Brooks
and
Beverly Brooks v. Metropolitan Transit Authority

Appellate case number:   01-16-00158-CV

Trial court case number:   2013-19862

Trial court:   269th District Court of Harris County

Appellant, Metropolitan Transit Authority ("METRO"), and appellant, Beverly Brooks, filed notices of appeal of the trial court's final judgment, signed on December 4, 2015. Each appellant's brief was due on August 8, 2016. *See* TEX. R. APP. P. 38.6(a). On August 29, 2016, Brooks filed her appellant's brief. METRO's appellee's brief, therefore, was due on September 28, 2016.

After we granted two motions for an extension of time, METRO's appellant's brief was due on December 16, 2016, with no additional extensions. On November 7, 2016, we granted METRO's motion to extend the time to file its appellee's brief and extended the time to file that brief to December 16, 2016, with no further extensions. METRO then filed another motion to extend, representing that it "has been trying to settle this appeal." We granted an extension to January 17, 2017, and notified METRO that no additional extensions would be granted.

METRO, however, did not file a brief. On January 26, 2016, the Clerk of this Court notified METRO that, unless we received METRO's appellant's brief by February 6, 2017, the appeal might be dismissed for want of prosecution. On February 1, 2017, METRO responded with another motion for extension, representing that it "has been trying to settle this appeal" and requesting an extension to February 28, 2017 "due to a busy work schedule."

We **deny** motion. **Nevertheless, METRO's appellant's and appellee's briefs are due to be filed no later than TUESDAY, FEBRUARY 28, 2017. If the Clerk of this Court does not receive METRO's appellant's brief by February 28, 2017, the Court may dismiss METRO's appeal of the December 4, 2015 judgment for want of**

**prosecution or failure to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this Court.** *See* TEX. R. APP. P. 38.8(a)(1), 42.3. **And, if the Clerk of this Court does not receive METRO's appellee's brief by February 28, 2017, the Court may set the appeal for submission without METRO's appellee's brief.**

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings

      ⊠  Acting individually  ☐  Acting for the Court

Date:  February 17, 2017